RECEIVED CLERK

JUL 13 2007

U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT

2007 JUL 17 A 9: 55

DISTRICT OF UTAH

BY:_____
          DEPUTY CLERK

Christopher M. Nemelka, Pro-Se
8851 South Alta Canyon Drive
Sandy, Utah 84093
(801) 928-8154

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH—CIVIL DIVISION

| | |
|---|---|
| **CHRISTOPHER M. NEMELKA,** } <br> Plaintiff, } <br> vs. } <br> } <br> **THE CORPORATION OF THE** } <br> **PRESIDENT OF THE CHURCH OF** } <br> **JESUS CHRIST OF LATTER-DAY** } <br> SAINTS, et. al. Utah Non-Profit Corporation, <br> **JEFFREY R. HOLLAND,** an individual, } <br> **RUSSELL M. BALLARD,** an individual, } <br> **DENIS P. SMITH,** an individual, } <br> **HYRUM W. SMITH,** an individual, and } <br> **JOHN AND JANE DOES, 1-10.** } <br> Defendants. } | **MOTION FOR OFFICIAL** <br> **SERVICE OF PROCESS** <br><br> Case: 2:07cv00524 <br> Assigned To : Cassell, Paul G. <br> Assign. Date : 7/17/2007 <br> Description: Nemelka v. Corp of Pres <br> Church of Jesus Christ of LatterDay <br> Saints et al |

**THE PLAINTIFF** in the above entitled matter hereby moves the court for an order

directing the United States Marshal's Service to serve process pursuant to 28 U.S.C. 1915.

The court has already approved my application to file the matter *in forma pauperis*. The

full names and addresses of the defendants are contained in the complaint.

DATED this 13th day of July, 2007

_____
CHRISTOPHER M. NEMELKA, pro se