RECEIVED CLERK

JUL 13 2007

U.S. DISTRICT COURT

Christopher M. Nemelka, Pro-Se
8851 South Alta Canyon Drive
Sandy, Utah 84093
(801) 928-8154

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH—CIVIL DIVISION

| | |
|---|---|
| CHRISTOPHER M. NEMELKA,<br>Plaintiff,<br>vs.<br><br>THE CORPORATION OF THE<br>PRESIDENT OF THE CHURCH OF<br>JESUS CHRIST OF LATTER-DAY<br>SAINTS, et. al. Utah Non-Profit Corp.<br>JEFFREY R. HOLLAND, an individual,<br>RUSSELL M. BALLARD, an individual,<br>DENIS P. SMITH, an individual,<br>HYRUM W. SMITH, an individual, and<br>JOHN AND JANE DOES, 1-10.<br>Defendants. | **ORDER FOR OFFICIAL<br>SERVICE OF PROCESS**<br><br>Case: 2:07cv00524<br>Assigned To : Cassell, Paul G.<br>Assign. Date : 7/17/2007<br>Description: Nemelka v. Corp of Pres<br>Church of Jesus Christ of LatterDay<br>Saints et al |

It having been determined that the Plaintiff may proceed in forma pauperis,

**IT IS ORDER** that the United States Marshal's Service to serve a copy of the complaint and summons upon the following defendants:

**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS**
c/o KIRTIN & McCONKIE
1800 Eaglegate Tower
60 East South Temple
Salt Lake City, Utah 84111

| | |
|---|---|
| **JEFFREY R. HOLLAND**<br>c/o KIRTIN & McCONKIE<br>1800 Eaglegate Tower<br>60 East South Temple<br>Salt Lake City, Utah  84111 | **RUSSELL M. BALLARD**<br>c/o KIRTIN & McCONKIE<br>1800 Eaglegate Tower<br>60 East South Temple<br>Salt Lake City, Utah  84111 |
| **HYRUM W. SMITH**<br>Eagle Mountain Ranch<br>Gunlock, Utah  84733 (PO Box 40) | **DENIS P. SMITH**<br>491 Crawford Street<br>Golden, Colorado  80401 |

All costs of service shall be advanced by the United States.

DATED this _____ day of _____, 2007

_____
United States District or Magistrate Judge